## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### UNITED STATES OF AMERICA

-vs-

**Case Number: 6:04-Cr-35-Orl-31KRS**

**TYRONE JACKSON RILEY**

USM Number: 25552-018

James Smith
201 South Orange Avenue, Suite 300
Orlando, FL 32801

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, 5 and 6 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to Probation in violation of Condition 2 of the Standard Conditions of Supervision. | March 26, 2009 |
| 2 | Failure to Report to Probation in violation of Condition 2 of the Standard Conditions of Supervision. | May 6, 2009 |
| 3 | Failure to notify Probation ten days prior to any change in employment in violation of Condition 6 of the Standard Conditions of Supervision. | March 4, 2009 |
| 4 | Positive urinalysis for Marijuana in violation of Condition 7 of the Standard Conditions of Supervision. | March 11, 2009 |
| 5 | Positive urinalysis for Cocaine in violation of Condition 7 of the Standard Conditions of Supervision. | March 11, 2009 |
| 6 | Positive urinalysis for Marijuana in violation of Condition 7 of the Standard Conditions of Supervision. | April 15, 2009 |

The sentence is imposed pursuant to the entenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/11/2010

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

January __11__ ,2010.

AO 245B (Rev. 6/05) Judgment in a Criminal Case

Tyrone Jackson Riley
6:04-Cr-35-Orl-31KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 Months**.

It is FURTHER **ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal